CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>  Plaintiff,<br><br>  v.<br><br>ADRIANNE M. BENHAM, in individual and representative capacity as Trustee of the Scott and Adrianne Benham Revocable Trust Dated July 15, 2013; SCOTT BENHAM, in individual and representative capacity as Trustee of the Scott and Adrianne Benham Revocable Trust Dated July 15, 2013; and Does 1-10,<br><br>  Defendants. | **Case:** 5:20-CV-02440-JGB-KK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Raul Uriarte-Limon, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Adrianne M. Benham, in individual and representative capacity as Trustee of the Scott and Adrianne Benham Revocable Trust Dated July 15, 2013 and Scott Benham, in individual and representative capacity as Trustee of the Scott and Adrianne Benham Revocable Trust

1 | Dated July 15, 2013, have neither answered Plaintiff's Complaint, nor filed a
2 | motion for summary judgment. Accordingly, this matter may be dismissed
3 | without an Order of the Court.

Dated: July 6, 2021                    CENTER FOR DISABILITY ACCESS

                                       By:   /s/Amanda Seabock
                                             Amanda Seabock
                                             Attorney for Plaintiff

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)